# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** June 8, 2026

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**                          **DOCKET NO. 25-11902 (KMW/MJS)**
DARJI
  v.
EQUIFAX CONSUMER SERVICES LLC,


**APPEARANCES:**
Amit Darji Pro Se for Plaintiff
Sylas Kern, Esq. for Defendant


**NATURE OF PROCEEDINGS:**     Status Conference
Status Conference held by phone on the record.
Order to be entered.


                                        *s/Ryan Sanders*
                                        **DEPUTY CLERK**


**TIME COMMENCED:** 11:08 a.m.
**TIME ADJOURNED:**  11:21 a.m.
**TOTAL TIME:**   13 minutes